UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICKEY LEE VANDERPOOL,        :
                              :   Civil Action No. 10-5082 (WJM)
          Plaintiff,          :
                              :
                              :
     v.                       :   **ORDER**
                              :   (CLOSED)
KENNETH SHARP, et al.         :
                              :
          Defendants.         :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this 15th day of March, 2011,

    ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application submitted by Plaintiff to proceed in forma pauperis is hereby GRANTED; and it is further

    ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

    ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety as against all named defendants, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted at this time; and it is further

    ORDERED that Plaintiff may move to re-open his case and amend his Complaint to cure the deficiencies as noted in the accompanying Opinion filed herewith.

                                   s/William J. Martini
                              _____
                              WILLIAM J. MARTINI
                              United States District Judge